IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUAN FRANCISCO FLORES,

        Petitioner,

v.

        3:13-CV-265
        (JUDGE MARIANI)

ERIC HOLDER, et al.,

        Respondents.

FILED
SCRANTON

JUN 2 6 2013

PER _____
    DEPUTY CLERK

## ORDER

**AND NOW, THIS 26TH DAY OF JUNE 2013**, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 12) for clear error and manifest injustice, Petitioner's Petition for a Writ of Habeas Corpus (Doc. 1), Respondent's Suggestion of Mootness (Doc. 11), and Petitioner's failure to respond to either Respondent's Suggestion of Mootness or Magistrate Judge Carlson's Report and Recommendation, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 12) is **ADOPTED**.

2. The Habeas Petition (Doc. 1) is **DISMISSED AS MOOT**.

3. A Certificate of Appealability is **NOT ISSUED**.

4. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge